# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3011**                              **September Term, 2023**

1:21-cr-00315-RCL-1

Filed On: January 31, 2024 [2038284]

United States of America,

      Appellee

  v.

James Little,

      Appellant

## O R D E R

    The notice of appeal was filed on January 30, 2024, and docketed in this court on January 31, 2024. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs, and appellant is being represented on appeal by the Federal Public Defender for the Western District of North Carolina. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | February 15, 2024 |
| Entry of Appearance Form | February 15, 2024 |
| Transcript Status Report | February 15, 2024 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    Counsel is required to inform the court promptly of the date appellant is scheduled to surrender to serve any sentence of imprisonment.  The court will enter a

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3011**                                         **September Term, 2023**

standard briefing schedule after the final transcript status report is received.  If, based on the term of imprisonment, counsel believes a more expedited schedule is warranted, it is the responsibility of counsel to file a motion to expedite.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                    BY:   /s/
                                                    Lynda M. Flippin
                                                    Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Criminal Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)