UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 24-3011

———————————

UNITED STATES OF AMERICA,                                        Appellee,

v.

JAMES LITTLE,                                                  Appellant.

## APPELLEE'S RESPONSE TO
## MOTION FOR RELEASE PENDING APPEAL

Appellee, the United States of America, respectfully submits this response to the motion of appellant, James Little, for release pending appeal pursuant to 18 U.S.C. § 3143. The United States does not oppose Little's motion for release pending appeal given the unique circumstances of this case. We do not object to Little's release pending appeal given that Little was released from prison more than 18 months ago and would likely complete the 60-day term of imprisonment that he faces under his newly imposed legal sentence prior to resolution of this appeal.

## CONCLUSION

WHEREFORE, the government does not oppose Little's motion for release pending appeal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
REUVEN DASHEVSKY
MA Bar # 693966
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Reuven.Dashevsky@usdoj.gov
(202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this response to a motion contains 112 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
REUVEN DASHEVSKY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Joshua Carpenter, Esq., joshua_carpenter@fd.org, on this 21st day of February, 2024.

/s/
REUVEN DASHEVSKY
Assistant United States Attorney