# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-3011**                                         **September Term, 2023**

1:21-cr-00315-RCL-1

Filed On: May 6, 2024 [2053072]

United States of America,

         Appellee

    v.

James Little,

         Appellant

### O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | June 20, 2024 |
| Appellant's Reply Brief | July 11, 2024 |

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                          BY:     /s/
                                   Michael C. McGrail
                                   Deputy Clerk