# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3011**               **September Term, 2023**

1:21-cr-00315-RCL-1

Filed On: July 10, 2024 [2064070]

United States of America,

    Appellee

  v.

James Little,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to extend time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due July 18, 2024.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk