# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-3011                          September Term, 2024

1:21-cr-00315-RCL-1

**Filed On:** February 3, 2025

United States of America,

      Appellee

    v.

James Little,

      Appellant

    **BEFORE:**    Walker* and Pan, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file a petition for rehearing and rehearing en banc, it is

**ORDERED** that the motion be denied. Appellant has not shown "good cause" for an extension of time to file a petition for rehearing because he states no intention to file a petition for rehearing and therefore does not justify the relief requested. D.C. Cir. Rule 40(a).

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                                  BY:    /s/
                                               Daniel J. Reidy
                                               Deputy Clerk

---

\* Circuit Judge Walker would grant the motion.