**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 19 2025

RECEIVED

March 14, 2025

Clerk
United States Court of Appeals for the
District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re: James Little
        v. United States
        Application No. 24A868
        (Your No. 24-3011)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on March 14, 2025, extended the time to and including May 19, 2025.

This letter has been sent to those designated on the attached notification list.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Katie Heidrick
                              Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Joshua Brown Carpenter
Federal Public Defender, NCWD
1 Page Ave., Suite 210
Asheville, NC 28801


Mrs. Sarah M. Harris
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
IMI
**$000.69**
03/17/2025 ZIP 20543
043M31261251

US POSTAGE

2000182865 C003