# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 12, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  James Little
            v. United States
            No. 24-7183
            (Your No. 24-3011)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 8, 2025 and placed on the docket May 12, 2025 as No. 24-7183.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst